```
MINUTE ENTRY
FALLON, J.
JANUARY 13, 2022
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-155 |
| ODELL GRIGGS | SECTION: L (5) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances: AUSA Chandra Menon, for the government
　　　　　　　Juan Bernal, Esq., for defendant
　　　　　　　Probation Officer

---

REARRAIGNMENT AS TO COUNT THREE OF THE INDICTMENT was held:

Defendant was present
Defendant is present to withdraw former plea of not guilty and enter a plea of guilty.
Reading of the Indictment is waived.
The defendant is sworn and questioned by the Court.
The defendant is read a summary of the charges and is informed of the maximum penalties.
The defendant enters a guilty plea.
The terms of a plea agreement are disclosed to the Court and a letter of same is filed into the record.
The signed factual basis is filed into the record.
The defendant is adjudged guilty on the plea.
The Court orders a Pre-Sentence Investigation Report.
Sentencing is set for Thursday, April 28, 2022, at 2:00pm.
The defendant is released on present bond.


JS-10:　　:08